UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| United States of America, | Criminal No. | Case: 2:25−cr−20748<br>Assigned To : Goldsmith, Mark A.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 10/2/2025<br>Description: INFO USA V HOWARD (tt) |
| Plaintiff, | Honorable | |
| v. | Violation:<br>18 U.S.C. § 1343 | |
| D-1 Arron Howard, | | |
| Defendant. | | |
| _____/ | | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
## 18 U.S.C. § 1343 - (Wire Fraud)

D-1 Arron Howard

1.  From on or about March 2020, to on or about July 2022, in the Eastern District of Michigan, and elsewhere, the defendant, Arron Howard, did knowingly and with the intent to defraud, having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing such pretenses, representations, and promises were false and fraudulent when made, transmit and cause to be transmitted, by means of wire, radio, and television

communication, writings, signals, pictures, and sounds in interstate and foreign commerce for the purposes of executing such scheme and artifice.

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATIONS

2. The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2).

Upon conviction of the offense charged in Count One of this Information, defendant shall forfeit to the United States any property which constitutes or is derived from proceeds obtained directly or indirectly as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2).

<u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

      a. Cannot be located upon the exercise of due diligence;

      b. Has been transferred or sold to, or deposited with, a third party;

      c. Has been placed beyond the jurisdiction of the Court;

      d. Has been substantially diminished in value; or

      e. Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

<u>Money Judgment</u>: Upon conviction of violating Title 18, United States Code, Section 1349, defendant shall be ordered to pay the United States a sum of money equal to the total amount of proceeds defendant obtained as a result of such violation(s).

JEROME F. GORGON JR.
United States Attorney

*s/John K. Neal*
JOHN K. NEAL
Chief, Anti-Corruption Unit

*s/Andrew Yahkind*
ANDREW YAHKIND
Assistant United States Attorney

Dated: October 2, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: AY |

**Case Title:** USA v. ARRON HOWARD

**County where offense occurred:** Wayne

**Check One:** ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** _____]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 2, 2025
Date

s/Andrew Yahkind
Andrew Yahkind
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9565
Fax:
E-Mail address: andrew.yahkind@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.